R. G. HILL v. CITY OF KINGFISHER.
No. A-1432. Opinion Filed March 22, 1913.
Appeal from Kingfisher County Court;
Jno. W. Graham, Judge.

R. G. Hill was convicted of violating an ordinance of the city of Kingfisher, and appeals. Affirmed.

D. K. Cunningham, for plaintiff in error.

John T. Bradley, Jr., for defendant in error.

PER CURIAM. The plaintiff in error, R. G. Hill, was tried and convicted in the police court of the city of Kingfisher on a charge of violating a city ordinance and appealed to the county court, where he was again tried and convicted and judgment pronounced imposing a fine of ten dollars and costs. From this judgment the appeal is to this court. We have carefully considered the record and the briefs in this case and are of the opinion that the judgment of the trial court is just and right. It is therefore affirmed.

LARMA BRADFORD v. STATE.
No. A-1734. Opinion Filed April 5, 1913.

PER CURIAM. This cause coming on to be heard upon motion of the plaintiff in error requesting that his appeal be dismissed, upon due consideration by the court it is considered that the motion should be sustained, and the appeal dismissed. It is so ordered.